IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CHESTER FAULKNER,

    Petitioner,

v.                                                    CASE NO. 4:11-cv-361-SPM-GRJ

DAVID OSBOURNE, WARDEN,

    Respondent.
_____/

## ORDER

Petitioner initiated this case by filing Doc. 1, a petition for a writ of habeas corpus, and Doc. 2, a motion for leave to proceed as a pauper.  The Court deferred a ruling on the motion because Petitioner failed to submit a six-month account statement in accordance with 28 U.S.C. § 1915(b), and ordered Petitioner to submit the account statement.  Petitioner has filed an account statement, but it again is deficient because it does not cover the six-month period preceding the filing of this case (February 2011 through July 2011).  The statement provided by Petitioner includes only September 2010 through November 2010.  Accordingly it is **ORDERED:**

    1.  That the motion for leave to proceed as a pauper, Doc. 2, is **DENIED**.

    2.  Petitioner shall pay the habeas corpus filing fee **on or before September 12, 2011**, failing which the Court will recommend, without further notice, that this case be dismissed for failure to prosecute.

**DONE AND ORDERED** this 11th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge