IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CHESTER FAULKNER,

    Petitioner,

v.                                                CASE NO. 4:11cv361-SPM/GRJ

DAVID OSBORNE, WARDEN,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 6, 2011 (doc. 9). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby

ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1) is dismissed.

3. No certificate of appealability will be issued.

DONE AND ORDERED this 5th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge